IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS EUGENE TURNER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:04cv1017-TWO |
| LAMAR GLOVER, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on April 18, 2005 (Doc. # 27), be and is hereby ADOPTED.

(2) This case be and is hereby DISMISSED without prejudice for the plaintiff's failure to properly prosecute this action and comply with the orders of this court.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of May, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE